

IN THE
TENTH COURT OF APPEALS

No. 10-15-00291-CV

IN RE JOE ROGER PARKER

Original Proceeding

## ORDER

Joe Roger Parker's Petition for Writ of Mandamus was filed on August 31, 2015 and supplemented on September 30, 2015. The Court requests a response from the other parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 28 days from the date of this notice.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Response requested
Order issued and filed October 22, 2015

